# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH ROECKER, | Civil No. 3:24-CV-47 |
| Plaintiff | |
| v. | |
| | (Magistrate Judge Carlson) |
| MARTIN O'MALLEY, | |
| Commissioner of Social Security, | |
| Defendant | |

## ORDER

**AND NOW**, this 9th day of July 2024, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. The Clerk shall enter final judgment **AFFIRMING** the decision of the Commissioner of Social Security; and,

2. The Clerk of Court shall **CLOSE** this case.

*s/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge